THE HARRINGTON TOWNSHIP ROAD COMMISSION, PLAINT-
IFFS IN ERROR, v. THE STATE, STEPHEN V. WHITE,
PROSECUTOR, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiffs in error, *George R. Dutton.*

For the defendant in error, *Clarkson A. Collins.*

PER CURIAM.    The judgment of the Supreme Court is
affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
DIXON, GARRISON, KNAPP, REED, SCUDDER, VAN SYCKEL,
BROWN, COLE, PATERSON.    11.

*For reversal*—None.